IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSTELLATION SERVICES INTERNATIONAL, INC., ) ) ) Plaintiff, ) ) v. ) WALTER ANDERSON, *et al.*, ) ) Defendants. ) | Civil Action No. 23-762-GBW |

## ORDER

At Wilmington, this 22nd day of August 2025, having considered the July 31, 2025 Report and Recommendation by United States Magistrate Judge Laura D. Hatcher (D.I. 41); and

WHEREAS there were no objections filed by the parties to Magistrate Judge Hatcher's Report and Recommendation (D.I. 41) by the deadline of August 14, 2025, and no objections have been filed as of this date; and

WHEREAS Magistrate Judge Hatcher's determinations are correct, and not clearly erroneous, as a matter of fact and law;

IT IS HEREBY ORDERED that Magistrate Judge Hatcher's Report and Recommendation (D.I. 41) is **ADOPTED**;

IT IS FURTHER ORDERED that Defendant Walter Anderson's Motion for Judgment in Relation to Funds Held by the Court (D.I. 19) is **DENIED**;

IT IS FURTHER ORDERED that Plaintiff Constellation Services International, Inc.'s Motion to Discharge Plaintiff in Interpleader and Petition for Attorneys' Fees (D.I. 34) is **GRANTED**;

IT IS FURTHER ORDERED that the Clerk of Court is directed to pay the attorneys' fees and costs incurred in this action by Plaintiff Constellation Services International, Inc., as interpleader plaintiff, which are set forth and broken down in the affidavit of its attorney (D.I. 34-2), Terisa A. Shoremount, and are undisputed. The attorneys' fees and costs should be paid from the funds deposited by Plaintiff and currently held by the Clerk of Court;

IT IS FURTHER ORDERED that Defendant Meade Malone's Cross-Motion for Summary Judgment (D.I. 36) is **GRANTED**;

IT IS FURTHER ORDERED that the Clerk of Court is directed to disburse the monies currently held, minus the attorneys' fees and costs discussed above, to the exclusive control of Defendant Meade Malone, Official Liquidator of Gold & Appel Transfer S.A.; and

IT IS FINALLY ORDERED that the Clerk of Court is directed to **CLOSE** this case.

_____
The Honorable Gregory B. Williams
United States District Judge